| | |
|---|---|
| District Court, Boulder County, State of Colorado<br>Court Address:    1777 6th St.<br>                 Boulder, Colorado 4249<br>Phone Number:    303-441-3750<br><br>**ROOFTOP RESTORATION, INC., a Colorado corporation**<br><br>       Plaintiff,<br><br>vs.<br><br>**CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SYNDICATE 4000, ASPEN INSURANCE UK LIMITED, SCOTTSDALE INSURANCE COMPANY, PARTNER RE IRELAND INSURANCE LIMITED, HALLMARK SPECIALTY INSURANCE COMPANY, FIRST SPECIALTY INSURANCE CORPORATION, NAVIGATORS SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, STARR SURPLUS LINES INSURANCE COMPANY, MITSUI SUMITOMO INSURANCE COMPANY OF AMERICA**<br><br>       Defendants.<br><br>Attorneys for Plaintiff<br>ANDERSON LAW GROUP<br>M. Stuart Anderson, Esq.<br>Thomas H. Wagner, Esq.<br>7385 W. Hwy 50<br>Salida, CO  81201<br>Phone Number: (719) 539-7003<br>Fax Number: (719) 539-2206<br>Atty. Reg.:  30251, 38135 | DATE FILED: January 8, 2021 6:10 PM<br>FILING ID: 7139C984DCE94<br>CASE NUMBER: 2021CV30021<br><br>▲                     ▲<br><br>**COURT USE ONLY**<br><br>Case Number: _____<br><br>Division         Courtroom: |
| **CIVIL COVER SHEET** ||

1.  This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV),

or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 applies to this case unless (check one box below if this party asserts that C.R.C.P. 16.1 does not apply):

☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, or

☑ This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

Or

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☑ This party makes a Jury Demand at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Dated: January 8, 2021

ANDERSON LAW GROUP

*/s/M. Stuart Anderson*
M. Stuart Anderson
Thomas H. Wagner
Anderson Law Group
7385 W. Highway 50
Salida, CO  81201
Telephone: (719) 539-7003
tom@anderson-lg.com
*Counsel for Plaintiff*

NOTICE
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.